```
1   KEKER, VAN NEST & PETERS LLP
    PAVEN MALHOTRA - # 258429
2   pmalhotra@keker.com
    DEEVA SHAH - # 319937
3   dshah@keker.com
    633 Battery Street
4   San Francisco, CA 94111-1809
    Telephone:     415 391 5400
5   Facsimile:     415 397 7188

6   Attorneys for Defendant FACEBOOK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LELAND DAMNER,<br><br>            Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No. 3:20-cv-05177-JCS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge:       Hon. Joseph C. Spero<br><br>Date Filed: May 11, 2020<br><br>Trial Date:  Not yet set |

Plaintiff Leland Damner and Defendant Facebook, Inc., hereby stipulate to the dismissal, with prejudice, of all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). This action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

The parties agree to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: March 15, 2021                                         KEKER, VAN NEST & PETERS LLP

                                              By:   /s/ Deeva Shah
                                                     PAVEN MALHOTRA
                                                     DEEVA SHAH

                                                     Attorneys for Defendant
                                                     FACEBOOK, INC.

Dated: March 15, 2021

                                              By:   /s/ Leland Damner
                                                   LELAND DAMNER

                                                   PLAINTIFF, In Pro Per

# SIGNATURE CERTIFICATION

I, Deeva Shah, am the CM/ECF user whose ID and password are being used to file this Stipulated Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: March 15, 2021             KEKER, VAN NEST & PETERS LLP

                                        By: /s/ Deeva Shah
                                                   PAVEN MALHOTRA
                                                   DEEVA SHAH

                                                   Attorneys for Defendant
                                                   FACEBOOK, INC.