1 KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
2 pmalhotra@keker.com
DEEVA SHAH - # 319937
3 dshah@keker.com
633 Battery Street
4 San Francisco, CA 94111-1809
Telephone: 415 391 5400
5 Facsimile: 415 397 7188

6 Attorneys for Defendant FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LELAND DAMNER,<br><br>  Plaintiff,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 3:20-cv-05177-JCS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge:  Hon. Joseph C. Spero<br><br>Date Filed: May 11, 2020<br><br>Trial Date: Not yet set |

| | | |
|---|---|---|
| 1 | Plaintiff Leland Damner and Defendant Facebook, Inc., hereby stipulate to the dismissal, | |
| 2 | with prejudice, of all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). This action | |
| 3 | is not a class action, a receiver has not been appointed, and the action is not governed by any | |
| 4 | statute of the United States that requires an order of the court for dismissal. | |

Plaintiff Leland Damner and Defendant Facebook, Inc., hereby stipulate to the dismissal, with prejudice, of all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). This action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

The parties agree to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: March 15, 2021      KEKER, VAN NEST & PETERS LLP

By: /s/ Deeva Shah
PAVEN MALHOTRA
DEEVA SHAH

Attorneys for Defendant
FACEBOOK, INC.

Dated: March 15, 2021

By: /s/ Leland Damner
LELAND DAMNER

Dated: March 16, 2021

PLAINTIFF, In Pro Per

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

1
JOINT STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE
Case No. 3:20-cv-05177-JCS

1657637

## SIGNATURE CERTIFICATION

I, Deeva Shah, am the CM/ECF user whose ID and password are being used to file this Stipulated Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: March 15, 2021

KEKER, VAN NEST & PETERS LLP

By: /s/ Deeva Shah
PAVEN MALHOTRA
DEEVA SHAH

Attorneys for Defendant
FACEBOOK, INC.