UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND DAMNER,<br><br>   Plaintiff,<br><br> v.<br><br>FACEBOOK INCORPORATED,<br><br>   Defendant. | Case No. 20-cv-05177-JCS<br><br>**ORDER TO SHOW CAUSE WHY DOCKET NOS. 44 AND 45 SHOULD NOT BE STRICKEN** |

On March 16, 2021, the Court granted the parties' joint stipulation to dismiss this action with prejudice. Dkt. no. 43. Now, over a year later, Plaintiff has filed a stipulation the parties entered into in August 2020 allowing Plaintiff to file an amended complaint, along with a First Amended Complaint. Dkt. no. 44-45. These documents are identical to the stipulation and First Amended Complaint filed in this case in 2020, prior to dismissal of the case with prejudice. *See* dkt. nos. 24-25. As all of Plaintiff's claims were dismissed with prejudice, Plaintiff is ORDERED TO SHOW CAUSE why docket nos. 44 and 45 should not be stricken pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. Plaintiff's written response, not to exceed five pages, shall be filed no later than June 17, 2022.

**IT IS SO ORDERED.**

Dated: May 27, 2022

                  _____
                  JOSEPH C. SPERO
                  Chief Magistrate Judge